### HAMMOND agt. PHIPS

Elisabeth Hammond widdow plaint. agt. William Phips Defend$^t$ in an action of the case for not paying the Summe of three pound six Shillings due for Beife Sold & deliu$^{rd}$ him as shall appeare by

Evidence with all other due damages &c. . . . The Jury . . . found for the plaint. three pounds mony damage and costs of Court: The Def⁺ appealed from this Judgement unto the next Court of Assistants and himselfe princip¹¹ in eight pounds, David Copp and John Parmiter Sureties in £.4. apeice were respectively bound . . . for the prosecution thereof to effect.

[ Margret Lourett deposed (S. F. 1682.5) that she saw Samuel Smith, son of Elisabeth Hammond, "weigh a barrell of Beefe to William Phillps." John White deposed (S. F. 1682.6) that while he was working at Sheepscot River William Phillips and Samuel Smith came with a parcel of dry beef, weighing not less than 3 cwt., which Phillips declared he had from the "Roushick" garrison. Other depositions, Phips' Reasons of Appeal, and Hammond's Answer are in S. F. 1682.3–8. The Court of Assistants (Records, i. 113–14) confirmed the former judgment of 3*l* and 35*s* 10*d* costs.]